PEARL C. RICTOR

*vs.*

CHARLES E. RICTOR.

*Divorce—Adultery.*

That a woman accepted marked attention from a man other than her husband, in spite of the latter's objection, will not sustain a charge of adultery.

*Decided January 10th, 1922.*

Appeal from the Circuit Court for Howard County, in Equity (FORSYTHE, J.).

The cause was argued before BOYD, C. J., URNER, ADKINS, and OFFUTT, JJ.

*George M. Brady* and *Roger Howell,* for the appellant.

*Stephen W. Gambrill,* with whom was *Garner W. Denmead* on the brief, for the appellee.

ADKINS, J., delivered the opinion of the Court.

The decree of the lower court, dismissing the original bill, which was filed by the wife, and granting the relief prayed by the husband's cross-bill, was affirmed as to the original bill, while the cross-bill was dismissed, each side to pay its own costs.